**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PENN-STAR INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TORRES FARM LABOR CONTRACTOR, INC., a California corporation,<br><br>Defendants. | Old Case No. 1:25-cv-01126 KES CDB<br>New Case No. 1:25-cv-01126 JLT CDB<br><br>ORDER RELATING CASES AND REASSIGNING DISTRICT JUDGE |

Pursuant to Local Rule 123, the Court finds that the above-captioned action is related under this Court's Local Rule 123 to the following matter: *Nationwide Agribusiness Insurance Company v. Penn-Star Insurance Company et al.*, Case No. 1:23-cv-01528-JLT-CDB. The actions involve overlapping parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency, and economy for the Court and parties. An order relating cases under Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is affected.

///

///

///

1

1   Based on good cause, this Court **ORDERS** that the above-captioned action be reassigned
2   to U.S. District Judge Jennifer L. Thurston.  The case will remain assigned to U.S. Magistrate
3   Judge Christopher D. Baker.  Going forward, all documents shall bear the new case number:

**1:25-cv-01126 JLT CDB**

IT IS SO ORDERED.

Dated:   **October 2, 2025**

UNITED STATES DISTRICT JUDGE

2