**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PENN-STAR INSURANCE COMPANY, | Case No. 1:25-cv-01126-JLT-CDB |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR DEFAULT JUDGMENT |
| v. | |
| TORRES FARM LABOR CONTRACTOR, INC., | (Doc. 19) |
| Defendant. | |

On September 4, 2025, Penn-Star Insurance Company initiated this action with the filing of a complaint for declaratory judgment relating to an insurance policy it issued, policy number CPV0036641, effective July 1, 2020, to July 1, 2021, and that is in dispute in an underlying state court action against, *inter alia*, Torres Farm Labor Contractor, Inc. (Doc. 1 ¶¶ 3, 5; Doc. 1-2.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(19). (*See* Doc. 14.)

On November 10, 2025, the Clerk entered default as to Defendant, and the next day, Plaintiff filed the pending motion for default judgment against Defendant and declaration of counsel for Plaintiff in support thereof. (Docs. 11, 12, 13.) On November 25, 2025, Defendant filed, through its counsel, a statement of non-opposition to the motion in which Defendant represents that Defendant received Plaintiff's motion and does not oppose its grant. (Doc. 17.) The assigned magistrate judge thereafter vacated the hearing on the motion and deemed the

motion submitted for action. (Doc. 18.)

On January 9, 2026, the assigned magistrate judge issued findings and recommendations to grant Plaintiff's unopposed motion for default judgment against Defendant. (Doc. 19.) The findings and recommendations were served on the parties and notified them that any objections were due within 14 days. (*Id.* at 12-13.) The Court further warned the parties that failure to timely file objections may result in the waiver of certain rights on appeal. (*Id.* at 13, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) No objections were filed and the time to do so has now passed.

According to 28 U.S.C. § 636(b)(1), the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis. Thus, the Court ORDERS:

1. The findings and recommendations issued on January 9, 2026 (Doc. 19) are **ADOPTED** in full.

2. Plaintiff's unopposed motion for default judgment (Doc. 12) is **GRANTED**.

3. The Court **DECLARES** that Plaintiff Penn-Star Insurance Company owes no duty to defend or indemnify Defendant Torres Farm Labor Contractor, Inc. for the claims asserted against Defendant in the underlying action in the Kern County Superior Court, *Ramirez, et al. v. Grimmway Enterprises, Inc., et. al.*, Case No. BCV-22-100428. *See* (Doc. 1 ¶ 17).

4. The Clerk of the Court is **DIRECTED** to enter judgment accordingly and close this case.

IT IS SO ORDERED.

Dated:   **February 5, 2026**

_____
UNITED STATES DISTRICT JUDGE

2